ACCEPTED
01-18-00340-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 11:22 AM
CHRISTOPHER PRINE
CLERK



1301 MCKINNEY
SUITE 3700
HOUSTON, TEXAS 77010

PHONE: 713.650.9700
FAX: 713.650.9701

www.bakerdonelson.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/25/2018 11:22:14 AM

CHRISTOPHER A. PRINE
Clerk

BOBBIE L. STRATTON, OF COUNSEL
**Direct Dial**: 713.286.7168
**E-Mail Address**: bstratton@bakerdonelson.com

May 25, 2018

Mr. Christopher A. Pine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

     Re:    01-18-00340-CV; First Court of Appeals, Houston, Texas; *Sundance Energy, Inc. v. NRP Oil and Gas LLC*

Dear Mr. Pine:

Please accept this online payment of $205.00 to cover the appellate filing fee for the above-referenced matter.

Thank you for your attention to this matter.

        Sincerely,

        */s/ Bobbie L. Stratton*

        Bobbie L. Stratton

BLS/cel

4834-0546-2886 v1
2939561-000001 05/25/2018

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON, D.C.